# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ARTEM POPOV, | ) |
| Plaintiff, | ) ) ) Case No. _____ |
| v. | ) ) Jackson County Case No. 2016-CV23614 |
| US BANK N.A., EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant U.S. Bank, N.A. ("U.S. Bank") hereby gives notice of the removal of this action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri. Defendant U.S. Bank states the following grounds for removal:

1. On or about November 16, 2020, Plaintiff Artem Popov commenced an action in the Circuit Court of Jackson County, Missouri, under the caption *Artem Popov v. US Bank N.A., Experian Information Solutions, Inc., and Equifax*, Case No. 2016-cv23614 (Jackson Cty. Cir. Ct.) (the "State Court Action"). *See* Exhibit A.

2. Defendant U.S. Bank accepted service on November 23, 2020.

3. Defendant U.S. Bank filed this notice of removal within 30 days of receipt of the Petition in the State Court Action.

4. Plaintiff's Petition asserts a claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. Exhibit A, Petition at 1.

5. The United States District Court for the Western District of Missouri, Western Division is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) and Local

Rule 3.2(a) because it is the federal district court that geographically encompasses the place where the original State Court Action was filed and is pending. Accordingly, Defendant seeks to remove this action to this Court.

**Federal Question Jurisdiction Supports Removal**

6. The only claim brought by Plaintiff is pursuant to the FCRA, 15 U.S.C. § 1681 *et seq*. Exhibit A, Petition at 1.

7. Federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331 because the resolution of Plaintiff's claims will require adjudication of disputed questions of federal law.

8. To the extent that Plaintiff alleges statutory, state common law, or nonfederal claims, this court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same facts as Plaintiffs' claims under the FCRA and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

9. Because Plaintiff's FCRA claim arises under the laws of the United States, removal is appropriate under 18 U.S.C. § 1441.

**Defendant U.S. Bank has Satisfied Procedural Requirements for Removal**

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon U.S. Bank in the State Court Action are attached hereto as Exhibit A.

11. Counsel for U.S. Bank has confirmed with the Circuit Court of Jackson County, Missouri that they have no document or file suggesting any other Defendant has been served. To the best of U.S. Bank's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice of Removal.

12. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of Court for the Circuit Court of Jackson County where the State Court Action is pending and served upon all adverse parties.

13. U.S. Bank respectfully reserves all defenses, including but not limited to all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

14. Defendant hereby designates Kansas City, Missouri as the place of trial.

WHEREFORE, Defendant U.S. Bank hereby gives notice of the removal of the above-referenced action now pending in the Circuit Court of Jackson County, Missouri to this Court.

Dated: December 14, 2020

Respectfully submitted,

STINSON LLP

*/s/ Megan McCurdy*
Megan McCurdy, #60071
Nicholas Zluticky, #61203
Michael P. Pappas, #71117
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone 816-842-8600
Facsimile 816-691-3495
megan.mccurdy@stinson.com
nicholas.zluticky@stinson.com
michael.pappas@stinson.com
ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2020, I filed the foregoing through the Court's CM/ECF system, which will send notice of the electronic filing to all counsel of record.

The undersigned also certifies that a copy of the foregoing was served upon the following counsel of record via electronic email and by mailing a copy of the same to them, postage prepaid, in the United States Mail, to the address as shown below, on this 14th day of December, 2020:

William G. Cownie
212 NE Tudor Rd
Lee's Summit, Missouri 64086
bill@cowniclawoffices.com

Attorneys for Plaintiff Artem Popov

       */s/ Megan McCurdy*
**ATTORNEY FOR DEFENDANT U.S. BANK, N.A.**