JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Artem Popov ;
**County of Residence:** Jackson County

**Defendant(s):**

First Listed Defendant:
US Bank N.A. ;
**County of Residence:** Outside This District

Additional Defendants(s):
Experian Information Solutions, Inc. ;
Equifax, Inc. ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

William G. Cownie (Artem Popov)

212 NE Tudor Rd.
Lee's Summit, Missouri 64086
**Phone:** 816.525.9200
**Fax:** 816.817.9300
**Email:** bill@cownielawoffices.com

**Defendant's Attorney(s):**

Megan McCurdy ( US Bank N.A.)
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
**Phone:** 816.842.8600
**Fax:** 816.691.3495
**Email:** megan.mccurdy@stinson.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 2. Removed From State Court
  **State Removal County:** Jackson County
  **State Removal Case Number:** 2016-CV23614
**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act
**Cause of Action:** Violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

**Requested in Complaint**

    **Class Action:**  Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:**  No

    **Related Cases:**  Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Megan McCurdy

**Date:** 12/14/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.